UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WILLIAM GUTHOERL,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 3:05-0131 |
| ) | Judge Trauger |
| **v.** ) | |
| ) | |
| **CITY OF MOUNT JULIET, TENNESSEE,** ) | |
| **ROBERT G. SHEARER,** City Manager of Mt. ) | |
| Juliet, in his official and personal capacity, ) | |
| and **KENNETH D. MARTIN,** Police Chief of ) | |
| the City of Mt. Juliet in his official and personal ) | |
| capacity, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment filed by defendants City of Mt. Juliet, Robert G. Shearer, and Kenneth D. Martin, (Docket Nos. 21, 33, 34), are **GRANTED**.

It is so ordered.

Enter this 22nd day of May 2006.

ALETA A. TRAUGER
United States District Judge